

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FILOMENO NUNEZ, JOSE BUSTAMANTE, LUIS ALBERTO MONTERO, RICARDO GARCIA, JESUS FLORES, EDUARDO GUTIERREZ, ALEJANDRO SANCHEZ and VICTOR SUZREZ,

    Plaintiffs,

v.

BISTRO NEW YORK DEVELOPMENT INC., (d/b/a BISTRO NEW YORK), BISTRO 369 FOOD CORP., (d/b/a BISTRO NEW YORK), LEON MOORE, GEORGE JAMIESON and JONG K. MOON,

    Defendants.

Civil Action No. 13-CV-0426 (DLC)

ECF Case

**STIPULATION AND [PROPOSED] ORDER WITH RESPECT TO EDUARDO GUTIERREZ**

  WHEREAS, Eduardo Gutierrez is listed as a Plaintiff in the caption of this action;

  WHEREAS, Michael Faillace & Associates, P.C., has purported to appear as counsel of record for Eduardo Gutierrez in this action;

  WHEREAS, Eduardo Gutierrez is currently represented in his individual capacity by the law firm of Emery Celli Brinckerhoff & Abady LLP;

  WHEREAS, Eduardo Gutierrez' counsel has informed all parties in writing that Mr. Gutierrez never agreed to participate in this action and never signed a retainer agreement with Michael Faillace & Associates, P.C.;

  IT IS HEREBY STIPULATED, by and between undersigned counsel for Plaintiffs Filomeno Nunez, Jose Bustamante, Luis Alberto Montero, Ricardo Garcia, Jesus Flores, Alejandro Sanchez and Victor Suzrez ("Plaintiffs"), Defendants Bistro 369 Food Corp., Leon Moore and George Jamieson ("Defendants"), and Eduardo Gutierrez, individually, as follows:

1. Eduardo Gutierrez is not and shall not be a Plaintiff in this action; and his name shall be removed from the caption herein.

2. Michael Faillace & Associates, P.C. does not and shall not represent Eduardo Gutierrez in this action.

3. Michael Faillace & Associates, P.C. hereby waives and relinquishes any and all claims for attorney's fees, expenses, disbursements, costs, or any other claim against Eduardo Gutierrez in connection with this action.

4. To the extent any such claims exist, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims brought by Eduardo Gutierrez against any Defendant in this action are hereby dismissed without prejudice, without costs to any party.

MICHAEL FAILLACE & ASSOCIATES, P.C.

By: _____
Michael Faillace
60 East 42nd Street, Suite 2020
New York, NY 10165
Tel: (212) 317-1200
Fax: (212) 317-1620
Faillace@employmentcompliance.com

*Attorneys for Plaintiffs Filomeno Nunez, Jose Bustamante, Luis Alberto Montero, Ricardo Garcia, Jesus Flores, Alejandro Sanchez and Victor Suzrez*

Dated: May 30, 2013

LAW OFFICES OF MATTHEW L. LEVINE, PLLC

By: _____
Matthew L. Levine
565 Fifth Avenue, 7th Floor
New York, NY 10017
Tel: (212) 880-9517
Fax: (888) 239-0120
matt@matthewlevinelaw.com

*Attorneys for Defendants Bistro 369 Food Corp., Leon Moore and George Jamieson*

Dated: May 30, 2013

So ordered.

*[signature]*
June 3, 2013

2

EMERY CELLI BRINCKERHOFF & ABADY LLP

By: _____
Elizabeth S. Saylor
75 Rockefeller Plaza, 20th Floor
New York, NY 10019
Tel: (212) 763-5000
Fax: (212) 763-5001
esaylor@ecbalaw.com

*Attorneys for Eduardo Gutierrez*

Dated: May 30, 2013

SO ORDERED.

Dated: _____

_____
Honorable Denise Cote
United States District Judge